IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MELVIN WIAND,              ) | |
|     Plaintiff,         ) | |
| v.                                    ) | No. 3:16-CV-2363-M |
|                                          ) | |
| WARDEN T.J. HARMON,  ) | |
|     Defendant.       ) | |

## ORDER ACCEPTING AMENDED FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Paul D. Stickney made Amended Findings, Conclusions and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Amended Findings, Conclusions and recommendation for plain error. Finding none, the Court accepts the Amended Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 31st day of January, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE