# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| MELVIN WIAND, § | |
| Plaintiff, § | |
| v. § | No. 3:16-CV-2363-M (BF) |
| WARDEN T.J. HARMON and § | |
| NFN AMANDA FREEMAN, § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge Paul D. Stickney. Objections were filed. The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled.

**IT IS THEREFORE ORDERED** that Motion to Dismiss [ECF No. 23] filed by Warden T.J. Harmon and NFN Amanda Freeman is **GRANTED**.

**SO ORDERED** this 26th day of March, 2018.

_____
**BARBARA M. G. LYNN**
**CHIEF JUDGE**